IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY<br><br>       Plaintiff,<br><br>v.<br><br>DARRELL WAYNE FAUBER, Trustee of the Evelyn D. Fauber Trust; DARRELL WAYNE FAUBER, Executor of the Estate of Evelyn D. Fauber, Deceased; NINA G. RHOADES, Trustee for the benefit of Evelyn D. Fauber; GREGORY C. FAUBER; and SHERI FAUBER,<br><br>       Defendants. | Case No. 6:20-cv-00025-NKM-RSB |

**STATE FARM'S MOTION FOR DEFAULT JUDGMENT**

  Plaintiff State Farm Fire and Casualty Company ("State Farm"), by counsel, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure moves for the entry of a default judgment against Defendants Gregory C. Fauber and Sheri Fauber for the reasons set forth in the accompanying Brief in Support of State Farm's Motion for Default Judgment.

  WHEREFORE, for the reasons set forth in the accompanying Brief in Support of State Farm's Motion for Default Judgment, State Farm Fire and Casualty Company prays that this Honorable Court grant its Motion for Default Judgment and requests an Order which determines that Defendants Gregory C. Fauber and Sheri Fauber be bound by the Court's ultimate disposition of the case.

STATE FARM FIRE AND CASUALTY COMPANY

By:    */s/ Alexander S. de Witt*
      Alexander S. de Witt, Esq. (VSB 42708)
      FREEBORN & PETERS LLP
      901 East Byrd Street, Suite 950
      Richmond, Virginia  23219
      Telephone: (804) 644-1300
      Direct: (804) 799-7790
      Facsimile: (804) 644-1354
      Email: adewitt@freeborn.com
      *Attorney for State Farm Fire and Casualty Co.*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 24, 2021, I electronically filed the foregoing MOTION FOR DEFAULT JUDGMENT with the Clerk of Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users. I further certify that on September 24, 2021, a true copy of the foregoing MOTION FOR DEFAULT JUDGMENT was delivered by first-class U.S. mail, postage prepaid to:

DARRELL WAYNE FAUBER
Executor of the Estate of Evelyn D. Fauber, Deceased
1014 E. 22nd Street
Buena Vista, VA 24416

NINA G. RHOADES
Trustee for the benefit of Evelyn D. Fauber
101 W. Village Dr., Apt. 304
Staunton, VA 24401

GREGORY C. FAUBER
2373 Sycamore Avenue
Buena Vista, VA 24416-3031

SHERI FAUBER
2373 Sycamore Avenue
Buena Vista, VA 24416-3031

      */s/ Alexander S. de Witt*
      Alexander S. de Witt, Esq. (VSB # 42708)